IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 12-07558-8-DMW |
|    DARRELL LEE BYRD | ) | Chapter 13 |
|    VICKY SUE BYRD | ) | |
|          Debtors | | |

**MOTION FOR MODIFICATION OF CHAPTER 13 PLAN**

NOW COME, the above referenced debtors, DARRELL LEE BYRD and VICKY SUE BYRD, by and through their attorney of record, John P. Simpson, and request a Modification of their Chapter 13 Plan as follows:

l. That the Chapter 13 Trustee, Richard M. Stearns, has filed a Notice of Requirement to Modify Chapter 13 Plan. A copy of said Notice is attached hereto.

2. That the debtors consent to the modification which is necessary for the confirmation of the Chapter 13 Plan. The proposed modification is $310.00 for 30 months, then $415.00 for 27 months.

3. That the attorney for the debtor, John P. Simpson, be awarded a non-base attorney fee of $450.00 and reimbursed for cost advanced (postage and copies) in the amount of $78.97.

WHEREFORE, the debtors pray the Court:

1. Allow the modification of $310.00 for 30 months then $415.00 for 27 months.

2. That the attorney for the debtor, John P. Simpson, be awarded a non-base attorney fee in the amount of $450.00 for this proceeding and reimbursed for cost advanced in the amount of $75.21 (postage and copies).

This the   8th   day of June, 2015.

                      ERWIN & SIMPSON, P.L.L.C.

                      BY:   s/ John P. Simpson
                             JOHN P. SIMPSON
                             Attorney for Debtor(s)
                             825 Gum Branch Road, Suite 115
                             Jacksonville, NC  28540
                             Telephone: (910) 347-7755
                             N.C. State Bar # 4006

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                               CASE NO: 12-07558-8-DMW
    DARRELL LEE and VICKY SUE BYRD

NOTICE OF REQUIREMENT TO MODIFY CHAPTER 13 PLAN

NOTICE is hereby given by the Trustee that it is necessary for the Debtor(s) to file a modification to their Chapter 13 Plan for the following reason: *THIS PLAN REQUIRES A MODIFICATION DUE TO THE NOTH CAROLINA DEPARTMENT OF REVENUE FILING A CLAIM HIGHER THAN SCHEDULED. PAYMENTS NEED TO BE INCREASED TO $415.00 BEGINNING IN MAY 2015 FOR THE REMAINING 27 MONTHS.*
*(NEW PLAN: $310.00 FOR 30 MONTHS, THEN $415.00 FOR 27 MONTHS.)*

If a modification is not filed or some other action taken to resolve this matter within twenty (20) days of the date of this notice, the Trustee may move for a dismissal of the case.

DATED: April 21, 2015

/s/ Richard M. Stearns
Richard M. Stearns, Trustee

CERTIFICATE OF SERVICE

I, Richard M. Stearns, of 1015 Conference Drive, Greenville NC 27858 do certify:

That I am and was at all times hereinafter referred to more than eighteen (18) years of age: and

That I have this day served a copy of the foregoing **NOTICE OF REQUIREMENT TO MODIFY CHAPTER 13 PLAN** by deposition a copy of same in a postage paid envelope with the United States Postal Service addressed to:

DARRELL LEE BYRD                    JOHN P. SIMPSON
VICKY SUE BYRD                      JACKSONVILLE, NC 28540
106 BRIAR HOLLOW DRIVE              825 GUM BRANCH RD, STE 115
JACKSONVILLE, NC 28540

DATED: April 21, 2015

/s/ Richard M. Stearns
Richard  M.  Stearns,  Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:                                          )
    DARRELL LEE BYRD                )    CASE # 12-07558-8-DMW
    VICKY SUE BYRD                    )    Chapter 13
        Debtors

**NOTICE OF MOTION**

TO:  TRUSTEE AND OTHER PARTIES IN INTEREST

    NOTICE IS HEREBY GIVEN of the Motion for Modification of Chapter 13 Plancurrent filed simultaneously herewith by the debtor in the above captioned case; and

    FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing in writing within twenty-one (21) days from the date of this notice, the relief requested in the motion may be granted without further hearing or notice; and,

    FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by the debtors, trustee, or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the motion and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly.

    DATED:   June  9  , 2015


        ERWIN & SIMPSON, P.L.L.C.

        BY:    s/ John P. Simpson
             JOHN P. SIMPSON
             Attorney for Debtor
             825 Gum Branch Road, Ste 115
             Jacksonville, NC  28540
             Telephone: (910) 347-7755
             Facsimile: (910) 346-5883
             N.C. State Bar # 4006

bank2\notice.mot(110195)p2

CERTIFICATE OF SERVICE

I, JOHN P. SIMPSON, of ERWIN & SIMPSON, P.L.L.C., certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on June __9th__, 2015, I served copies of the foregoing Motion, by depositing copies thereof in a depository under the exclusive care and custody of the United States Postal Service, postage prepaid, in an envelope addressed as follows:

All parties as listed on the attached mailing matrix

That on June __8th__, 2015, I filed the foregoing Motion through Case Management/Electronic Case Filing and service of said document will be obtained electronically, via overnight delivery, to the following party at his e- mail address which he has provided to the court:

Mr. Richard M. Stearns
Chapter 13 Trustee
1015 Conference Drive
Greenville, NC 27858

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __June 8__, 2015.

ERWIN & SIMPSON, P.L.L.C.

BY:  __s/ John P. Simpson__
JOHN P. SIMPSON
Attorney for Debtor(s)
825 Gum Branch Road, Suite 115
Jacksonville, NC  28540
Telephone: (910) 347-7755
Facsimile: (910) 346-5883
N.C. State Bar # 4006

L:\Chaper 13 - forms\CertServMailandElectronic.wpd
L:\ClientDirectories\2012filings\ByrdDarrell\ModifyCS.frm
File # C0051-BK-13

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-8<br>Case 12-07558-8-DMW<br>Eastern District of North Carolina<br>Wilson<br>Wed Jun  3 15:32:14 EDT 2015 | Allance One Rec Mgmt<br>P.O. Box 3111<br>Southeastern, PA  19398-3111 | Ally Asset Recovery Center<br>P.O. Box 78369<br>Phoenix, AZ  85062-8369 |
| Ally Financial Inc.<br>P O Box 130424<br>Roseville, MN 55113-0004 | Ally/GMAC<br>P.O. Box 380902<br>Minneapolis, MN 55438-0902 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB&T<br>P.O. Box 580048<br>Charlotte, NC  28258-0048 | (p)BANKRUPTCY ADMINISTRATOR EDNC<br>434 FAYETTEVILLE STREET<br>SUITE 640<br>RALEIGH NC 27601-1888 |
| Belk<br>Attn:  Bankruptcy Dept<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | Belk/GECRB<br>P.O. Box 530940<br>Atlanta, GA 30353-0940 | Brock & Scott, PLLC<br>Attorneys at Law<br>5431 Oleander Drive, Ste 200<br>Wilmington, NC 28403-5857 |
| Darrell Lee Byrd<br>106 Briar Hollow Drive<br>Jacksonville, NC 28540-8827 | Vicky Sue Byrd<br>106 Briar Hollow Drive<br>Jacksonville, NC 28540-8827 | CHESWOLD (OPHRYS), LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Capital One<br>Attn:  Bankruptcy Department<br>P.O. Box 30285<br>Salt Lake City, UT  84130-0285 | Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC  28272-1083 | Carolina Psychological Health<br>1703 Country Club Road<br>Suite 204<br>Jacksonville, NC 28546-6098 |
| Cato<br>Cedar Hill National Bank<br>P.O. Box 37902<br>Charlotte, NC  28237-7902 | Cato Credit<br>P.O. Box 34216<br>Charlotte, NC  28234-4216 | Chase<br>P.O. Box 78420<br>Phoenix, AZ  85062-8420 |
| Coastal Carolina Foot & Ankle<br>612A McCarthy Blvd.<br>New Bern, NC  28562-5231 | Coastal Foot Center<br>3221 Henderson Drive<br>Jacksonville, NC 28546-5251 | Sean Michael Corcoran<br>Brock and Scott, PLLC<br>5121 Parkway Plaza Blvd., Suite 300<br>Charlotte, NC 28217-1965 |
| Credit Financial Services<br>Collection Serv Div<br>P.O. Box 451<br>Durham, NC  27702-0451 | Credit Financial Services, Inc<br>3800 Guess Road<br>Durham, NC  27705-1506 | Dr. M.A. Issa<br>224 Memorial Drive<br>Suite A<br>Jacksonville, NC 28546-6332 |
| Eastern Carolina Oral & Maxillofacial Su<br>46 Office Park Drive<br>Winterville, NC  28590-1489 | Farm Bureau - Duplin County Office<br>P.O. Box 1259<br>Beulaville, NC 28518-1259 | First Point Collection Res<br>P.O. Box 26140<br>Greensboro, NC 27402-6140 |

| | | |
|---|---|---|
| First Point Collections Res<br>P.O. Box 26140<br>Greensboro, NC  27402-6140 | First Tennessee Bank National Association<br>P.O. Box 1469<br>Knoxville, TN 37901-1469 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Neil D. Jonas<br>Rogers Townsend & Thomas, PC<br>2550 W. Tyvola Road, Ste. 520<br>Charlotte, NC 28217-4551 | Juniper Card Services/Barclay<br>P.O. Box 13337<br>Philadelphia, PA  19101-3337 | Leding Edge Recovery Sol<br>5440 N. Cumberland Ave<br>Suite 300<br>Chicago, IL 60656-1486 |
| Marine Federal Credit Union<br>4180 Western Blvd.<br>Jacksonville, NC  28546-6740 | Marine Federal Credit Union<br>Attn:  Bankruptcy Department<br>P.O. Box 1336<br>Jacksonville, NC  28541-1336 | Marine Federal Credit Union<br>P.O. Box 31279<br>Tampa, FL  33631-3279 |
| Mercantile Adjustment Bureau<br>P.O. Box 9016<br>Williamsville, NY  14231-9016 | Modern Exterminating<br>627 College Street<br>Jacksonville, NC 28540-5394 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P. O. Box 1168<br>Raleigh, NC 27602-1168 |
| North Carolina Inpatient Med Assoc<br>P.O. Box 52007<br>Atlanta, GA 30355-0007 | Northland Group, Inc.<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 | Northstar Location Serv<br>Attn:  Financial Service Dept<br>4285 Genesee Street<br>Cheektowaga, NY 14225-1943 |
| Online Collections<br>P.O. B ox 1489<br>Winterville, NC  28590-1489 | Onslow County Clerk of Court<br>625 Court Street<br>Jacksonville, NC 28540-4732 | Onslow Memorial Hospital<br>P.O. Box 75107<br>Charlotte, NC 28275-0107 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Seacoastt Cardiology Consultants<br>29 Office Park Drive<br>Jacksonville, NC 28546-3219 | Sessoms & Rogers, PA<br>Attorneys at Law<br>P.O. Box 52508<br>Durham, NC 27717-2508 |
| John P. Simpson<br>Erwin & Simpson, PLLC<br>825 Gum Branch Road, Suite 115<br>Jacksonville, NC 28540-6268 | Richard M Stearns<br>1015 Conference Drive<br>Greenville, NC 27858-5969 | Straighline Med-Med Care NC<br>5245 South College Road<br>Wilmington, NC 28412-2209 |
| Straightline Medical<br>8115 Market Street<br>Suite 300<br>Wilmington, NC 28411-8434 | Matthew Underwood<br>Brock and Scott, PLLC<br>5121 Parkway Plaza Blvd.<br>Charlotte, NC 28217-1965 | United Recovery Systems<br>P.O. Box 722929<br>Houston, TX  77272-2929 |
| WFNNB - Goody's Family Clothing<br>P.O. Box 659704<br>San Antonio, TX  78265-9704 | Womens Healthcare Assoc.<br>245 Memorial Drive<br>Jacksonville, NC  28546-6333 | World Financial Network Bank<br>P.O. Box 182125<br>Columbus, OH  43218-2125 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Mr. Jack Hayes<br>P.O. Box 1847<br>Wilson, NC  27894-1847 | Bankruptcy Administrator<br>1760-B Parkwood Blvd.<br>Wilson, NC 27893 | Internal Revenue Service<br>Insolvency Support Services<br>320 Federal Place, Room 335<br>Greensboro, NC 27401 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Christiana Trust, A Division of Wilmington | (u)First Tennessee Bank | (u)JPMorgan Chase Bank, N.A. |

End of Label Matrix
Mailable recipients    59
Bypassed recipients     3
Total                  62

| | | |
|---|---|---|
| American InfoSource<br>Midland Funding LLC<br>P.O. Box 268941<br>Oklahoma City, OK 73126-8941 | BB&T<br>Mr. Jack Hayes<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | Marine Federal Credit Union<br>Attn: Bankruptcy Department<br>P.O. Box 1336<br>Jacksonville, NC 28541-1336 |
| Ally Financial Inc.<br>P.O. Box 130424<br>Roseville, MN 55113 | First Tennessee Bank Nat'l Assoc<br>P.O. Box 1469<br>Knoxville, TN 37901 | Cheswold(Ophrys), LLC<br>C/O Weinstein and Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121 |
| Portfolio Recovery Assoc, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | North Carolina Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | |